IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3199-FL

| | |
|---|---|
| PETE NOBLE MUHAMMAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT PLASTER, )<br>)<br>Defendant. )<br>) | ORDER |

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2011, the court ordered plaintiff to show cause as to why the action should not be dismissed for failure to prosecute. Plaintiff was given fourteen (14) days to respond and warned that in the event he failed to timely respond, an order of dismissal would be issued. The fourteen (14) days have lapsed without response and the matter is properly DISMISSED without prejudice. All pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 21 day of November, 2011.

LOUISE W. FLANAGAN
United States District Judge